IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TONYA M. KURTZ, et al.,

    Plaintiffs,

v.

PHELAN HALLINAN LLP, et al.,

    Defendants.

NO. 3:15-CV-01228

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this 17th day of December, 2015, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED in its entirety**.

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge